UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAWRENCE CARLTON GAMELL, JR.,
    Plaintiff,

vs.                                            Case No.:  3:24-cv-588/MCR/ZCB

SOCIAL SECURITY ADMINISTRATION,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued an amended Report and Recommendation on June 12, 2025.  (Doc. 17).  The Court furnished the parties a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.    The magistrate judge's Report and Recommendation (Doc. 17) is adopted and incorporated by reference in this order.

2.    Defendant's motion to dismiss, (Doc. 11), is **GRANTED**.

3. This case is **DISMISSED without prejudice** for failure to exhaust administrative remedies.

4. The Clerk of Court is directed to close the case.

**DONE AND ORDERED** this 2nd day of December 2025.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**